BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
LAUREN L. SPROEHNLE, ESQ.
Nevada Bar No. 011463
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA PHILLIPS, individually, | CASE NO. 2:11-cv-00766-GMN -LRL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING DEADLINES** |
| JOSHUA DENNISTON, individually; DOES 1 through V, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

Plaintiff and Defendant hereby notify this Honorable Court that the parties have agreed to a settlement in the above referenced matter.

///
///
///
///
///

1

The parties respectfully request all scheduled deadlines in this case be vacated. The parties will file a stipulation and order for dismissal within (30) thirty days.

Dated this 11th day of July, 2011

BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
LAUREN L. SPROEHNLE, ESQ.
Nevada Bar No. 011463
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

Dated this 11th day of July, 2011

VICTOR CARDOZA, ESQ.
Nevada Bar No. 005599
FASSETT & CARDOZA
1137 S. Rancho Drive – Suite B
Las Vegas, NV 89102
Telephone: (702) 384-2495
Facsimile: (702) 384-2542
Attorneys for Plaintiff

The Stipulated Discovery Plan and Scheduling Order shall be filed not later than August 26, 2011.
IT IS SO ORDERED
DATED THIS 18TH DAY OF JULY, 2011.

_____
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF MAILING

Pursuant to N.R.C.P. 5(b), I hereby certify that I am an employee of STEPHENSON & DICKINSON and that on this __12__ day of __July__ 2011, I caused to be served a copy of the foregoing NOTICE OF SETTLEMENT AND REQUEST FOR STATUS CONFERENCE, on the party(s) set forth below by:

__✓__ Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices;

_____ Facsimile transmission only, pursuant to the amended Eighth Judicial District Court Rule 7.26

__✓__ Case Management/Electronic Case Filing (CM/ECF)

_____ Hand Delivery – Receipt of Copy

addressed as follows:

Victor Cardoza, Esq.
Fassett & Cardoza
1137 S. Rancho Drive – Suite B
Las Vegas, NV 89102
Ph: 702-384-2495
F: 702-384-2542

Attorneys for Plaintiff

_/s/ Judy Carey_
Employee of STEPHENSON & DICKINSON

3